JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: D.A. BEEC-007, LLC,<br><br>                              Debtor. | Case No. 2:24-cv-08500-FLA<br>Case No. 2:24-bk-14433-WB<br><br>**JUDGMENT** |

    The court DISMISSES the appeal and enters Judgment in Appellee United States Trustee's favor and against Appellant Anne Kihagi.

    IT IS SO ORDERED.

Dated: September 12, 2025

                                                FERNANDO L. AENLLE-ROCHA
                                                United States District Judge